582

394 A.2d 606

Amoco Oil Company v. Bonini, Appellant.

Argued September 21, 1978. Norman P. Zarwin, for appellant; Hal F. Doig, for appellee.

OPINION PER CURIAM: Order vacated and case remanded for consideration in light of *Atlantic Richfield Co. v. Razumic*, 480 Pa. 366, 390 A.2d 736 (1978).

WATKINS, former P. J., and HOFFMAN and VAN der VOORT, JJ., did not participate in the consideration or decision of this case.

394 A.2d 606

Arnold v. Kross, Appellant.

Argued June 12, 1978. John J. Krafsig, Jr., for appellant; Edgar B. Bayley, for appellee.

Order affirmed.